T.W. Grogan Company, Inc., Appellee, *v.* Grogan et al., Appellants.

[Cite as *T.W. Grogan Co., Inc. v. Grogan* (2001), 91 Ohio St.3d 1235.]

(No. 00–851—Submitted February 6, 2001—Decided March 28, 2001.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

*Kahn, Kleinman, Yanowitz & Arnson Co., L.P.A., James J. Bartolozzi, Sheldon Berns* and *Shira Adler,* for appellee.

*Kohrman, Jackson & Krantz, P.L.L., James B. Rosenthal* and *Byron S. Krantz; Elfvin & Besser, L.P.A., Bruce B. Elfvin, Barbara Kaye Besser* and *Amy S. Glesius,* for appellants.

Barberic, Appellant, *v.* Catholic Diocese of Cleveland et al., Appellees.

[Cite as *Barberic v. Catholic Diocese of Cleveland* (2001), 91 Ohio St.3d 1235.]

(No. 00–1067—Submitted February 7, 2001—Decided March 28, 2001.)

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.